UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TRUSTEES OF THE OPERATING ENGINEERS' LOCAL 234 PENSION FUND, et al.,

Plaintiffs,

v.

PJ'S HEAVY TRANSPORT, LLC, et al.,

Defendants.

Case No. 26-cv-12043

Honorable Robert J. White

# JUDGMENT

The Court has granted in part plaintiffs' motion for default judgment against PJ's Heavy Transport, LLC and Peter J. Daly.

Accordingly,

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of plaintiffs and against PJ's Heavy Transport, LLC and Peter J. Daly in the amount of **$342,759.66** as of September 15, 2026, with interest accruing thereon as provided by statute from both before and after the date of entry of this judgment.

IT IS FURTHER ORDERED AND ADJUDGED that plaintiffs are awarded reasonable attorney fees in the amount of **$5,520**.

IT IS FURTHER ORDERED AND ADJUDGED that that PJ's Heavy Transport, LLC must produce its books and records to plaintiffs, for the period spanning from July 1, 2024 through the date of this judgment, for the purpose of conducting an updated audit.

Costs to be permitted in accordance with law.

KINIKIA D. ESSIX
CLERK OF COURT

By: _s/Tara Villereal__________
Deputy Clerk

October 13, 2026

Approved: _s/Robert J. White__________
Robert J. White
United States District Judge